ACCEPTED
06-15-00006-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/20/2015 12:32:53 PM
DEBBIE AUTREY
CLERK

**IN THE**
**COURT OF APPEALS**
**SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/20/2015 12:32:53 PM
DEBBIE AUTREY
Clerk

_____

No. 06-15-00006-CV

_____

BILLIE MURPHY TREMBLE, SHARON TREMBLE DONALDSON,
SELIA TREMBLE SHAWKEY, WILMER FORREST TREMBLE, JR., THE
ESTATE OF WILMER FORREST TREMBLE, SR., Appellants

V.

LUMINANT MINING COMPANY LLC, ENERGY FUTURE HOLDINGS
CORPORATION AND SUBSIDIARIES, Appellees

---

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. 2013-392

---

**LUMINANT MINING COMPANY LLC'S**
**MOTION TO REINSTATE APPEALS**
**WITH LIFT STAY ORDER**

TO THE HONORABLE COURT OF APPEALS:

Appellee Luminant Mining Company LLC ("Luminant") moves to reinstate the above-referenced appeal, and two companion ones, pursuant to Texas Rule of Appellate Procedure 8.3, and in compliance with this Court's June 25, 2015 Order, and for such motion shows the Court as follows:

1

Luminant was the Plaintiff in these partition suits in the trial court, now on appeal before this Court ("the Partition Suits").[1] Appellants Billie Murphy Tremble, Sharon Tremble Donaldson, Selia Tremble Shawkey, and Wilmer Forrest Tremble, Jr. ("the Tremble Family") were Defendants. Luminant filed the Partition Suits on November 26, 2013.

On April 29, 2014, Luminant and each of numerous other related debtor entities filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The bankruptcy filing by Luminant and other debtors effected an automatic stay of certain litigation in which the debtors were parties. Luminant concluded that the stay, however, did not apply to the Partition Suits under Bankruptcy law, and Luminant therefore did not file a notice of bankruptcy in the Partition Suits.

On December 12, 2014, the Tremble Family filed suit in the Rusk County District Court against Luminant, Energy Future Holdings Corporation, and "Subsidiaries," in Cause No. 2014-402 ("the Tremble Suit"). In the Tremble Suit, the Tremble Family alleges fraud and other claims and seeks the recovery of damages.

On January 8, 2015, Luminant and Energy Future Holdings Corporation filed a Notice of Suggestion on Pendency of Bankruptcy ("Notice of Bankruptcy") in the Tremble Suit.

---

[1] In their notices of appeal, Appellants named Luminant and Energy Future Holdings Corporation and "Subsidiaries" as Appellees. Neither Energy Future Holdings Corporation nor any subsidiaries were Plaintiffs in the district court, and thus these entities are not proper Appellees. These party issues will be addressed in the Brief of Appellees, once the Court resolves the abatement of these appeals.

On May 19, 2015, the Tremble Family filed a copy of Luminant's Notice of Bankruptcy that Luminant had previously filed in the Tremble Suit with the Clerk of this Court in these three appeals in the Partition Suits.

On May 28, 2015, this Court issued an Order suspending the three appeals and abating the cases. The Order states that "[a]ny party may move to reinstate the appeal by promptly filing a motion to reinstate including, as an attachment, either a certified copy of an order showing that the automatic bankruptcy stay has been lifted or any other authenticated document demonstrating that reinstatement is permitted by federal law and/or the relevant bankruptcy court."

Luminant previously filed motions to reinstate these appeals, but discussed legal authorities about why it believes the stay does not apply to the Partition Suits and did not obtain or include a lift stay order. On June 25, 2015, this Court overruled the previous motions to reinstate these appeals because the motions did "not include (1) a certified copy of an order showing that the automatic stay has been lifted or (2) an authenticated document demonstrating that reinstatement is permitted by federal law and/or the relevant bankruptcy court."

In the bankruptcy proceeding, on July 21, 2015, Luminant and Energy Future Holdings Corporation moved for an order confirming that the stay was not in effect or to lift the stay as to this and the two related appeals. A true and correct copy of that motion is submitted with this motion as Exhibit A and incorporated in this motion by reference.

3

On October 15, 2015, the bankruptcy court heard and granted the motion to lift stay as to these appeals. A certified copy of the bankruptcy court's lift stay order is submitted with this motion as Exhibit B and incorporated by reference in this motion.

For these reasons, Appellee Luminant Mining Company LLC requests that the Court reinstate these appeals.

Respectfully submitted,

**Jackson, Sjoberg, McCarthy & Townsend, LLP**

David E. Jackson
State Bar No. 10458500
djackson@jacksonsjoberg.com

Marc O. Knisely
State Bar No. 11614500
mknisely@jacksonsjoberg.com

711 W. 7th Street
Austin, Texas  78701
(512) 472-7600
(512) 225-5565 FAX

By: ___/s/ David E. Jackson___
        David E. Jackson
        State Bar No. 10458500

ATTORNEYS FOR APPELLEES
LUMINANT MINING COMPANY LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and complete copy of the above and foregoing Motion to Reinstate Appeals With Lift Stay Order was sent via the following method, to the following parties on this the 20th day of October, 2015.

Billie J. Murphy Tremble
PO Box 541
Marshall, TX 75671-0541
Via regular mail and
Certified Mail, RRR
7015 0640 0003 1869 5823

Sharon Tremble Donaldson
2010 Wineberry Dr .
Katy, TX  77450
Via regular mail and
Certified Mail, RRR
7015 0640 0003 1869 5847

Selia Tremble Shawkey
712 South 37th Street
San Diego, CA  92113
Via regular mail and
Certified Mail, RRR
7015 0640 0003 1869 5854

Wilmer Forrest Tremble, Jr.
3615 Sheldon
Pearland, TX  77584
Via regular mail and
Certified Mail, RRR
7015 0640 0003 1869 5861

/s/ David E. Jackson
David E. Jackson